No. 90–5134.  CONWAY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–5153.  DE LA TORRE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5162.  MANLEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5163.  JENKINS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5207.  SCHWARTZ v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5209.  STEWART v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 90–5362.  RODRIGUEZ-DOSHI v. GENERAL SERVICES ADMINISTRATION ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–5376.  FLANDERS v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 90–5381.  WATTS v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 90–5382.  SCOTT v. ICENOGLE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–5385.  RICHARDSON v. HENRY ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–5386.  THOMAS v. EVANS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 90–5390.  TIGNER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–5400.  HOCH v. MONTANA.  C. A. 9th Cir.  Certiorari denied.

No. 90–5410.  SINDRAM v. RYAN ET AL.  C. A. 4th Cir.  Certiorari denied.